UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-24012-CIV-ALTONAGA/Reid

**JOSEPH HARVEY**,

    Plaintiff,
v.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion to Dismiss Defendants [ECF No. 12], and Motion for Summary Judgment [ECF No. 126], both filed on September 30, 2019. Plaintiff filed his Amended Complaint [ECF No. 122] on September 17, 2019, and to date, several of the Defendants have not yet appeared, Defendants have not yet responded to the Amended Complaint, and no discovery has been taken. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Dismiss **[ECF No. 12]** is **GRANTED**. Defendants Reginald Turner and Tommie Robin are dismissed from this action. The Motion for Summary Judgment **[ECF No. 126]** is **DENIED** as premature and because it fails to comply with Federal Rule of Civil Procedure 56 and Local Rule 56.1. Defendants are reminded to file a combined response or separate answers to the Amended Complaint once all Defendants have been served, and within the time permitted the last-served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Plaintiff, *pro se*