UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-24012-CMA

JOSEPH HARVEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

### DEFENDANTS WATTS-FITZGERALD AND ANGEL'S MOTION FOR CLARIFICATION

The defendants, Assistant United States Attorney Thomas Watts-Fitzgerald and United States Postal Inspector Claudia Angel, by and through the undersigned Assistant United States Attorney, hereby file their motion for clarification and state:

1. In his amended complaint (DE 69), the plaintiff, Joseph Harvey, pro se, has sued defendants Assistant United States Attorney Thomas Watts-Fitzgerald, United States Postal Inspector Claudia Angel, Assistant Federal Public Defender Jan Smith, Criminal Defense Attorney Leonardo Spitale, Jr., and Court Reporter Elaine Soma, in their individual capacities under Bivens. Since defendant AUSA Watts-Fitzgerald was served on September 6, 2019, the defendants' response(s) are due November 5, 2019.

2. On May 21, 2019, the court ordered the plaintiff to file a single combined complaint following consolidation of two of the plaintiff's prior cases (DE 66). Subsequently, the court entered a paperless order that the defendants shall file separate answers or a single, combined motion (DE 68). The court recognized the dispositive defenses applicable to the named defendants.

3. Counsel for all the named defendants conferred during a telephone conference on Friday, October 25, 2019, to discuss the prospective filing of appropriate defense motion(s).All defendants expressed mutual agreement in the prospective filing of dispositive motions. The undersigned advised that the Department of Justice authorized representation for named defendants AUSA Watts-Fitzgerald and Postal Inspector Angel. While the defendants uniformly agree that the facts, evidence and the law support respective dispositive motion(s), the Department of Justice and the supervisors in the United States Attorney's office confirmed to the undersigned that DOJ attorneys are not authorized to coordinate dispositive motions since the facts of each defendant may present with variable facts and/or law unique to each respective party. In the instant case, for example, the prosecution team would not necessarily be in a position to know or opine on what plaintiff Harvey may have shared with his defense counsel AFPD Smith or perhaps criminal co-defense counsel for Harvey's wife, defendant Spitale. Each of the defendants has his/her own counsel who has independently evaluated the case in preparation for filing dispositive motion(s). Each counsel may consider his/her own relevant facts and the corresponding allocation of pages necessary to marry each defendant's facts to the applicable law.

4. Consistent with the spirit of the court's order, however, defense counsel collectively intend to confer to discuss the issues and applicable law in preparation of their respective motions. The defense counsel all intend to follow the court's order and therefore, seek clarification in light of the logistical hurdles posed with four independent counsel participating in the drafting of one dispositive motion.

5. Pursuant to Local Rule 7.1, counsel for all defendants have conferred, join and agree with the filing of the motion for clarification as all seek to comply with the court order.

WHEREFORE, based upon the foregoing, the defendants respectfully request a clarification of the court's paperless order (DE 67) to allow for the defendants AUSA Watts-Fitzgerald and Angel to file one consolidated motion while the other defense counsel each file motions for their respective client/defendants.

Dated: October 31, 2019
Miami, Florida

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Karin D. Wherry*
Karin D. Wherry
Assistant United States Attorney
Fla. Bar No. 509530
E-mail: Karin.Wherry@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel: (305) 961-9016

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Karin D. Wherry*
Karin D. Wherry
Assistant United States Attorney

**Via U.S. Mail**
Joseph Harvey
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521