**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-24012-CIV-ALTONAGA/Reid**

**JOSEPH HARVEY**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendants, Thomas Watts-Fitzgerald and Claudia Angel's Motion for Enlargement of Time to File Defendants' Joint Motion in Response to the Amended Complaint [ECF No. 130], filed November 5, 2019.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Enlargement of Time **[ECF No. 130]** is **GRANTED**.  Defendants have until **November 20, 2019** to submit a consolidated joint motion to dismiss the operative complaint.  The combined motion may exceed the page limits allowed by the Rules by an additional 15 pages.

2. Defendants, Leonardo Spitale, Jr., Jan Smith, and Elaine Somma's Joint Motion to Dismiss Plaintiff's Complaint **[ECF No. 131]** is **DENIED** without prejudice**.**

3. Defendants, Leonardo Spitale, Jr., Jan Smith, and Elaine Somma's duplicate Joint Motion to Dismiss Plaintiff's Complaint **[ECF No. 133]** is **DENIED** without prejudice**.**

CASE NO. 15-24012-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 6th day of November, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record; Plaintiff, *pro se*