**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph Harvey | 15-24012-CIV-ALTONAGA |
| DEFENDANT | TYPE OF PROCESS |
| United States of America | Summons and complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Claudia Angel - United States Postal Inspection Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3400 Lakeside Drive, Miramar, FL 33027

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joseph Harvey, Pro Se 95553-004
Coleman, Low FIC
P.O. Box 1031
Coleman, FL 33521

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

COURT ORDER REQUIRES PERSONAL SERVICE

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 08/28/2018

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process:
District of Origin: No. 04
District to Serve: No. 04
Signature of Authorized USMS Deputy or Clerk
Date: 08/28/2018

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jasmine Britt / Legal Admin Assistant

Date: 10/1/19
Time: 1:55 ☒ pm

Signature of U.S. Marshal or Deputy: 3131

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | 8 | 73 | | |

REMARKS

1. No longer works in the Fort Lauderdale/Miramar office. Left card to email for service options.

FILED BY **PG** D.C.

FEB 06 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-24012-CV-ALTONAGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jasmine Britt , who is
designated by law to accept service of process on behalf of *(name of organization)* United States
Postal Inspection Service on *(date)* 10/1/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 10/1/19

_____
Server's signature

Damon Roberts
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc: