UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY ⎯⎯⎯ D.C.

JUL 07 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO: 15-CV-24012-ALTONAGA

## MOTIONS FOR NOTICE OF APPEAL AND LEAVE TO REQUEST INFORMA PAUPERIS

1. Plaintiff Joseph Harvey respectfully requests leave to file informa pauperis.

2. Plaintiff Joseph Harvey files a notice of appeal.

06-29-2020

Joseph Harvey-Pro Se

## CERTIFICATE OF SERVICE

I, Joseph Harvey service copies of these pleadings to all revelant parties on 06-29-2020, by 1st class US mail.

Joseph Harvey-Pro Se

1

Joseph Harvey
809 Hancock Ave
Norfolk, Va. 23509

VA 230
01 JUL 20
PM 1 L

US District Court
Clerk Office- Room 8N09
400 N. Miami Ave
Miami, Fl. 33128

33128-771659