UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24012-CIV-ALTONAGA/Reid

**JOSEPH HARVEY**,

    Plaintiff,
vs.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Joseph Harvey's "Motions for Notice of Appeal and Leave to Request *Informa Pauperis*" [ECF Nos. 161, 162], docketed as a Notice of Appeal on July 7, 2020.

Courts may authorize a party to proceed *in forma pauperis* in any suit, or appeal thereof, so long as the party complies with the prescriptions of 28 U.S.C. section 1915(a). In order to appeal *in forma pauperis*, Plaintiff must attach to the Motion "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Plaintiff has not filed the required affidavit detailing his inability to pay the required filing fee. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 162]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of July, 2020.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Plaintiff