**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-24012-CIV-ALTONAGA/Reid**

**JOSEPH HARVEY**,

      Plaintiff,

vs.

**UNITED STATES OF AMERICA**, *et al.*,

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on Plaintiff, Joseph Harvey's Notice of Appeal [ECF No. 161], filed on July 7, 2020. Because the notice of appeal has divested the Court of jurisdiction, it is

**ORDERED AND ADJUDGED** that this matter is **STAYED** until the conclusion of Plaintiff's appeal. The Clerk is directed to **CLOSE** this case for administrative purposes only. The case may be reopened following completion of the appeal. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 7th day of July, 2020.

                                                             _____
                                                             **CECILIA M. ALTONAGA**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Plaintiff